IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00187-BNB

GENE JOHNSON,

    Plaintiff,

v.

COLORADO SPRINGS SOCIAL SECURITY BOARD,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER TO AMEND

Plaintiff, Gene Johnson, is a pretrial detainee who currently is confined at the Colorado Mental Health Institute in Pueblo, Colorado. He initiated the instant action by filing *pro se* a complaint pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343 (a)(3) (1993). He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

On March 7, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Johnson to submit within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On March 21, 2008, Mr. Johnson submitted an amended complaint.

The Court must construe the amended complaint liberally because Mr. Johnson is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the

*pro se* litigant's advocate. **See *Hall***, 935 F.2d at 1110. For the reasons stated below, Mr. Johnson will be ordered to amend the amended complaint.

Mr. Johnson alleges that he was diagnosed with schizophrenia in 2004. He further alleges that this diagnosis qualifies him to received Social Security disability benefits. However, he contends that in 2005 the board discriminated against him by denying him disability benefits in the amount of $600 a month for two years, or $14,400. As relief, he asks for a judgment in the amount of $14,400 and for immediate help from a private criminal defense attorney so that he can be released on bond.

Although Mr. Johnson asserts jurisdiction pursuant to 42 U.S.C. § 1983, he is not asserting civil rights claims but rather is asking the Court to review a final decision denying him Social Security disability benefits. Mr. Johnson may not pursue a § 1983 action for the denial of Social Security benefits. **See *Schweiker v. Chilicky***, 487 U.S. 412,. 423-24 (1987) (limiting remedies to those specifically provided for in the Social Security Act). In addition, he must name the proper defendant in an action seeking review of the denial of Social Security disability benefits. **See *Butler v. Apfel***, 144 F.3d 622, 624 (9th Cir. 1998). He will be provided the opportunity to do so. Accordingly, it is

ORDERED that Mr. Johnson file **within thirty (30) days from the date of this order** an amendment to the amended complaint providing the name and address of the proper defendant. It is

FURTHER ORDERED that the amendment to the amended complaint shall be titled "Amendment to Amended Complaint," and shall be filed with the Clerk of the

Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Mr. Johnson fails within the time allowed to file an amendment to the amended complaint that names the proper defendant in a Social Security action, the amended complaint and the action will be dismissed without further notice.

DATED May 5, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00187-BNB

Gene Johnson
Prisoner No. A-0232534
CMHIP
1600 West 24th Street (F-4)
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/5/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk