IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00187-BNB

GENE JOHNSON,

Plaintiff,

v.

COLORADO SPRINGS SOCIAL SECURITY BOARD,

Defendant.

ORDER OF DISMISSAL

Plaintiff, Gene Johnson, is a pretrial detainee who currently is confined at the Colorado Mental Health Institute in Pueblo, Colorado. He initiated the instant action by filing *pro se* a complaint pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343 (a)(3) (1993). He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

On March 7, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Johnson to submit within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On March 21, 2008, Mr. Johnson submitted an amended complaint. On May 5, 2008, Magistrate Judge Boland again ordered Mr. Johnson to submit within thirty days an amendment to the amended complaint, pointing out that he may not pursue a 42 U.S.C. § 1983 action for the denial of Social Security Benefits, that he must name the proper defendant in an action seeking review of the denial of Social Security disability benefits, and that he

must provide the name and address of the proper defendant. The May 5 order warned Mr. Johnson that if he failed within the time allowed to comply with the directives of the order, the amended complaint and the action would be dismissed without further notice.

On May 19, 2008, the May 5, 2008, order was returned to the Court in an envelope stamped "Return to Sender," "Not Deliverable as Addressed." and "Unable to Forward." Mr. Johnson has failed within the time allowed to comply with the directives of the May 5 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for failure to prosecute.

DATED at Denver, Colorado, this 17 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00187-BNB

Gene Johnson
Prisoner No. A-0232534
CMHIP
1600 West 24th Street (F-4)
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/18/8

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                        Deputy Clerk